


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

THADDEUS LEWIS McMICHAEL,

    Defendant.
_____/

Case:2:13-cr-20443
Judge: Hood, Denise Page
MJ: Michelson, Laurie J.
Filed: 06-12-2013 At 12:28 PM
INFO USA V THADDEUS LEWIS McMICHAEL
(EB)

VIOLATION: 18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. § 2252A(a)(2) — *Receipt of child pornography*

From on or about June 11, 2011 to February 17, 2012, in the Eastern District of Michigan, the defendant, THADDEUS LEWIS McMICHAEL, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8)(A), and the images received by the defendant had been mailed, shipped and transported using the Internet, a means and facility of interstate and foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including computer, in violation of 18 U.S.C. § 2252A(a)(2).

## COUNT TWO

18 U.S.C. § 2252A(a)(5)(B) — *Possession of child pornography*

On or about February 17, 2012, in the Eastern District of Michigan, the defendant, THADDEUS LEWIS McMICHAEL, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8)(A), and the images received by the defendant had been mailed, shipped and transported using the Internet, a means and facility of interstate and foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including computer, in violation of 18 U.S.C. § 2252A(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offenses charged in Count One and Two of this Information, the defendant, THADDEUS LEWIS McMICHAEL, shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to:

- One (1) 8GB SanDisk Cruzer USB flash drive;

- One (1) Toshiba Satellite laptop L775D-S7132 computer, serial number ZB044220R.

- One (1) Western Digital external hard drive, serial number WMAT10289463.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

BARBARA L. McQUADE
United States Attorney

s/Kevin M. Mulcahy
KEVIN M. MULCAHY
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9713

s/Sara D. Woodward
SARA D. WOODWARD (P73784)
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9180
sara.woodward@usdoj.gov
phone: 313-226-9180

Dated: 6/12/13

3

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Cas | Case: 2:13-cr-20443<br>Judge: Hood, Denise Page<br>MJ: Michelson, Laurie J.<br>Filed: 06-12-2013 At 12:28 PM<br>INFO USA V THADDEUS LEWIS McMICHAEL<br>(EB) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this fo

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | Companion Case Number: N/A |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: N/A |
| ☐ Yes  ☑ No | AUSA's Initials: SDW  /s/ SDW |

**Case Title:** USA v. THADDEUS LEWIS McMICHAEL

**County where offense occurred:** Oakland

**Check One:** ☑ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/__✓__Information --- no prior complaint.
____Indictment/__✓__Information --- based upon prior complaint [Case number: __12-30147__]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 12, 2013
_____
Date

/s/ Sara D. Woodward
SARA D. WOODWARD
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9180
Fax: (313) 226-2621
E-Mail address: sara.woodward@usdoj.gov
Attorney Bar #: P73784

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and (3) the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09