UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.                                          Case No. 2:13–cr–20443–DPH–LJM
                                            Hon. Denise Page Hood

Thaddeus Lewis McMichael,

Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Thaddeus Lewis McMichael

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 237, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  July 18, 2013 at 04:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Saulsberry_____
Case Manager

Dated:  June 14, 2013