UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

CRIMINAL NO. 13-cr-20443

v.

Thaddeus McMichael

Defendant

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____

in the above-entitled case.

_____
Signature

LISA DWYER 47961
Printed name and P number

710 N Crooks RD
Address

CLAWSON     MI     48017
City            State        Zip Code

248-435-8539
Telephone number

dwyerl247@aol.com
E-mail address

FILED
JUN 14 2013
CLERK'S OFFICE
DETROIT

PLEASE CHECK THE APPROPRIATE BOX   ☐ Retained     ☒ CJA Appointment

Date: _____

(Rev. 3/2012)