UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 13-20443

    Honorable Denise Page Hood

THADDEUS LEWIS McMICHAEL,

    Defendant.

_____/

## WAIVER OF INDICTMENT

I, THADDEUS LEWIS McMICHAEL, the defendant in this case, understand that I am being charged with the following felonies: receipt of child pornography, in violation of 18 U.S.C. §2252A(a)(2), and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

FILED
JUN 14 2013
CLERK'S OFFICE
DETROIT

_____
THADDEUS LEWIS McMICHAEL
Defendant

_____
LISA DWYER
Attorney for the Defendant

Dated: 6-14-13