UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THADDEUS LEWIS McMICHAEL,

        Defendant.

_____/

CRIMINAL NO. 13-20443

Honorable Denise Page Hood

Vio:  18 U.S.C. § 2252A(a)(2)
       18 U.S.C. § 2252A(a)(5)(B)

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, THADDEUS LEWIS McMICHAEL, defendant in this case, hereby acknowledge that I have received a copy of the information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One:** Receipt of child pornography, not less than five (5) years and up to twenty (20) years in prison, a $250,000 fine, or both.

**Count Two:** Possession of child pornography, up to ten (10) years in prison, a $250,000 fine, or both.

[Signature]

THADDEUS LEWIS McMICHAEL, Defendant

FILED
JUN 14 2013
CLERK'S OFFICE
DETROIT

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 6-14-13      Counsel for Defendant: [Signature]