UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                CASE NO. 13-20443

       v.                                     HON. DENISE PAGE HOOD

D-1  THADDEOUS LEWIS MCMICHAEL,

       Defendant.
_____/

### STIPULATION TO DELETE DEFENDANT'S ON-LINE ACCOUNTS

By and through their respective counsel, **THE PARTIES STIPULATE** and agree that it is in Defendant's best interest to order that the following on-line accounts are deleted:

1. The account associated with username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.twitter.com;

2. The account associated with the username "madthad0890" and/or "madthad0890@gmail.com" maintained by the website www.youtube.com;

3. The account associated with the username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.giantbomb.com;

4. The account associated with the username "da_lv_killa@yahoo.com maintained by the website www.facebook.com; and

5.     The account associated with the username "madthad0890@gmail.com"
maintained by the website www.facebook.com.

THE PARTIES HEREBY STIUPLATE.

| | |
|---|---|
| s/*Sara Woodward* | s/*Lisa Dwyer* (with consent) |
| Sara Woodward | Lisa Dwyer |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 710 North Crooks Road |
| Detroit, Michigan  48226 | Clawson, Michigan  48017 |
| Phone:   313-226-9180 | Phone:   248-435-8539 |
| E-Mail:  sara.woodward@usdoj.gov | E-Mail:  dwyerl247@aol.com |

Dated:   July 8, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                CASE NO 13-20443

        v.                                      HON. DENISE PAGE HOOD

D-1  THADDEOUS LEWIS MCMICHAEL,

        Defendant.
_____/

### ORDER TO DELETE DEFENDANT'S ON-LINE ACCOUNTS

The Court, having been fully advised by the parties, states as follows:

**IT IS ORDERED** that the following on-line accounts shall be deleted:

1.      The account associated with username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.twitter.com;

2.      The account associated with the username "madthad0890" and/or "madthad0890@gmail.com" maintained by the website www.youtube.com;

3.      The account associated with the username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.giantbomb.com;

4.      The account associated with the username "da_lv_killa@yahoo.com maintained by the website www.facebook.com; and

5.     The account associated with the username "madthad0890@gmail.com"

maintained by the website www.facebook.com.

**IT IS SO ORDERED.**

                                              S/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

Dated:  July 24, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 24, 2013, by electronic and/or ordinary mail.

                                              S/LaShawn R. Saulsberry
                                              Case Manager