UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              CASE NO. 13-20443

        v.                                        HON. DENISE PAGE HOOD

D-1  THADDEOUS LEWIS MCMICHAEL,

        Defendant.
_____/

## STIPULATION TO DELETE DEFENDANT'S ON-LINE ACCOUNTS

By and through their respective counsel, **THE PARTIES STIPULATE** and agree that it is in Defendant's best interest to order that the following on-line accounts are deleted:

1. The account associated with username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.twitter.com;

2. The account associated with the username "madthad0890" and/or "madthad0890@gmail.com" maintained by the website www.youtube.com;

3. The account associated with the username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.giantbomb.com;

4. The account associated with the username "da_lv_killa@yahoo.com maintained by the website www.facebook.com; and

-1-

     5.     The account associated with the username "madthad0890@gmail.com" maintained by the website www.facebook.com.

THE PARTIES HEREBY STIUPLATE.

| | |
|---|---|
| s/*Sara Woodward* | s/*Lisa Dwyer* (with consent) |
| Sara Woodward | Lisa Dwyer |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 710 North Crooks Road |
| Detroit, Michigan  48226 | Clawson, Michigan  48017 |
| Phone:   313-226-9180 | Phone:   248-435-8539 |
| E-Mail:  sara.woodward@usdoj.gov | E-Mail:  dwyerl247@aol.com |

Dated:   July 8, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                      CASE NO 13-20443

        v.                                             HON. DENISE PAGE HOOD

D-1  THADDEOUS LEWIS MCMICHAEL,

        Defendant.
_____/

**ORDER TO DELETE DEFENDANT'S ON-LINE ACCOUNTS**

The Court, having been fully advised by the parties, states as follows:

**IT IS ORDERED** that the following on-line accounts shall be deleted:

1.     The account associated with username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.twitter.com;

2.     The account associated with the username "madthad0890" and/or "madthad0890@gmail.com" maintained by the website www.youtube.com;

3.     The account associated with the username "madthad0890" and/or "madthad0890@yahoo.com" maintained by the website www.giantbomb.com;

4.     The account associated with the username "da_lv_killa@yahoo.com maintained by the website www.facebook.com; and

-3-

     5.     The account associated with the username "madthad0890@gmail.com"

maintained by the website www.facebook.com.

**IT IS SO ORDERED.**

                             S/Denise Page Hood
                             Denise Page Hood
                             United States District Judge

Dated: July 24, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 24, 2013, by electronic and/or ordinary mail.

                             S/LaShawn R. Saulsberry
                             Case Manager